# Court of Appeals
# of the State of Georgia

ATLANTA,  February 23, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0909. ERIC DUANE STRICKLAND v. THE STATE.

In 2013, Eric Duane Strickland pled guilty to voluntary manslaughter and two firearms charges. In 2020 and 2021, he filed two pro se motions for an out-of-time appeal. On August 24, 2021, the trial court denied these motions, and on September 24, 2021, Strickland filed a notice of appeal to this Court. We lack jurisdiction because the notice was not timely filed.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Strickland's notice of appeal was filed 31 days after entry of the trial court's order denying his motions.[1] Thus, this appeal is untimely and is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/23/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.

---

[1] The notice states that Strickland wishes to appeal "the trial court's **'ORDER'** disposing of his Motion for Out-Of-Time Appeal, entered . . . on: _August 28, 2021_." The order in question, however, was stamped "filed" on August 24, not August 28; and the record contains no other order entered on August 28.